AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| **LOURDES ROSA MORA** <br> **aka LOURDES ROSA CREW** | Case Number: **CR-02-00070** |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place <br> **3rd FLOOR, U.S. COURTHOUSE** <br> **520 WEST SOLEDAD AVENUE** <br> **HAGATNA, GUAM 96910** | Room <br> **COURTROOM** |
| | Date and Time <br> **Tuesday, March 21, 2006 at 10:30 a.m.** |
| Before: Honorable Joaquin V.E. Manibusan, Jr., Magistrate Judge | |

To answer a(n)
☐ Superseding Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title ___**18**___ United States Code, Section(s) ___**3583**___

Brief description of offense:

**SEE ATTACHED PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**

---

**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

*/s/ Hernandez*
Signature of Issuing Officer

**March 15, 2006**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  3/17/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Marshals Service Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/17/06
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.