DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



DISTRICT COURT OF GUAM

MAR 21 2006

MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-02-00070          DATE: 03/21/2006

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda M. Miles
Electronically Recorded: (Run Time:10:39:19- 10:47:39)

Law Clerk: J. Hattori
Courtroom Deputy: Marilyn Alcon
Court Security: B. Benavente

**************************APPEARANCES**************************

DEFT: LOURDES ROSA MORA
   aka LOURDES ROSA MORA CREW
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.

ATTY: JACQUELINE TERLAJE for
   JOAQUIN C. ARRIOLA, JR.
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID          AGENT:

U.S. PROBATION: GRACE FLORES          U.S. MARSHAL: D. PUNZALAN

***

PROCEEDINGS:   - INITIAL APPEARANCE
               - ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS
                 SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE
    VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
(X) DEFENDANT ADMITS TO ALL THE ALLEGATIONS IN THE PETITION, DECLARATION AND
    SUPPLEMENTAL REPORT
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____
( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE HER RELEASE CONDITIONS
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED.

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( ) CONDITIONS MODIFIED OR CONTINUED
(X) DISPOSITION HEARING SET FOR: Thursday, April 13, 2006 at 11:00 a.m.
( ) DEFENDANT TO REMAIN AT LIBERTY
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

(X) NOTES:

Joaquin C. Arriola, Jr. appointed to represent the defendant.

Parties requested the Court to set a disposition hearing before a District Judge - GRANTED.

Courtroom Deputy: mbc