**FILED**
DISTRICT COURT OF GUAM

MAR 2 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 02-00070 |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **LOURDES ROSA MORA,** aka **LOURDES ROSA CREW,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* March 15, 2006.

Dated this 21st day of March, 2006.

_____
**JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE**
**DISTRICT COURT OF GUAM**