# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>    vs.<br><br>Lourdes Rosa Mora,<br>aka Lourdes Rosa Mora Crew,<br><br>           Defendant. | Case No. 1:02-cr-00070<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order filed March 21, 2006 and the CJA 20 Voucher filed March 22, 2006*, on the dates indicated below:

*U.S. Attorney's Office*                                 *Joaquin C. Arriola, Jr.*
*March 22, 2006.*                                        *March 22, 2006*
*(Appointment Order only)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Appointment Order filed March 21, 2006 and the CJA 20 Voucher filed March 22, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 22, 2006                              /s/ Leilani R. Toves Hernandez
                                                                                 Deputy Clerk