LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LOURDES ROSA MORA,<br>aka LOURDES ROSA CREW,<br><br>    Defendant. | CRIMINAL CASE NO. 02-00070<br><br>**STIPULATION OF PARTIES**<br>**RE REVOCATION SENTENCE**<br>**RECOMMENDATION** |

    Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, LOURDES ROSA MORA aka LOURDES ROSA CREW, and her attorney, JOAQUIN C. ARRIOLA, JR., and hereby stipulate and recommend the following for purposes of the hearing concerning Supervised Release Violation Petition set for April 13, 2006:

    1.    On May 28, 2003, defendant was convicted of a Class C felony - possession of methamphetamine hydrochloride with intent to distribute in violation of 21 U.S.C. §841(a)(1). The initial guideline range for such offense was 24 to 30 months based upon an adjusted offense Level 17 and Criminal History Category I.

|   |   | The district court granted the government's downward departure motion for substantial assistance pursuant to USSG § 5K1.1 and imposed a sentence of 12 months imprisonment with credit for time served and a three-year term of supervised release; |
|---|---|---|

2. On May 24, 2004, the court revoked defendant's supervise release after she admitted to certain violations including unlawful use of methamphetamine, and imposed a revocation sentence of eight (8) months imprisonment to be followed with 28 months of supervised release;

3. On March 21, 2006, the defendant admitted to all the Grade C violations reflected in the Declaration in Support of Petition executed by U.S. Probation Officer Robert I. Carreon on March 9, 2006; and Supplemental Declaration in Support of Petition executed by U.S. Probation Officer Grace D. Flores on March 9, 2006, which petitions reported, among other things, defendant's unlawful use of methamphetamine.

4. Defendant's range of imprisonment for the instant violations is three (3) to nine (9) months under USSG § 7B1.4. Pursuant to § 7B1.4, Application Note 4, an upward departure may be warranted in this matter since defendant's original sentence was the result of a downward departure for substantial assistance and based upon the defendant's repeated use of drugs during supervised release.

5. When supervised release based on a conviction for a Class C felony is revoked, the maximum term of imprisonment authorized under 18 U.S.C. § 3583(e)(3) is two (2) years. The parties recommend a revocation sentence of 16 months imprisonment [the balance of a 24-month maximum term less than prior 8-month revocation sentence] and no additional supervised release term. Such

//
//
//

2

Case 1:02-cr-00070   Document 42   Filed 03/30/2006   Page 2 of 3

imprisonment term will not only provide a means of punishment for defendant's noncompliance, but also needed correctional and drug treatment for defendant.

SO STIPULATED:

DATED: _____

_____
LOURDES ROSA MORA aka
LOURDES ROSA CREW
Defendant

DATED: 3/28/02

_____
JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 3/27/06      By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 03.29.2006    By: _____
GRACE D. FLORES
U.S. Probation Officer

3