# CRIMINAL MINUTES
# REVOCATION OF SUPERVISED RELEASE

**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-02-00070**  **DATE: APRIL 13, 2006**

HON. ROGER T. BENITEZ, District Judge, Presiding
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 11:01.22 - 11:07.05

Law Clerk: None Present
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa/J. Lizama

* * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: LOURDES ROSA MORA aka LOURDES ROSA MORA CREW**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID
U.S. PROBATION: GRACE FLORES

AGENT: NONE PRESENT
U.S. MARSHAL: V. ROMAN

INTERPRETER: _____ LANGUAGE: _____
( ) SWORN ( ) PREVIOUSLY SWORN

**PROCEEDINGS:   DISPOSITION OF OSC HEARING AND SENTENCING**

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____
_____
_____
_____

( X ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( X ) REVOCATION OF SUPERVISED RELEASE _X_ GRANTED __ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

**DEFENDANT IS REMANDED TO THE CUSTODY OF THE BUREAU OF PRISONS FOR A PERIOD OF SIXTEEN MONTHS.**
**NO SUPERVISED RELEASE TO FOLLOW.**
**THE COURT RECOMMENDS TO THE BUREAU OF PRISONS THAT THE DEFENDANT BE ALLOWED TO PARTICIPATE IN THE 500-HOUR DRUG TREATMENT PROGRAM.**