AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1



**FILED**
DISTRICT COURT OF GUAM
APR 1 4 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release) |
| **LOURDES ROSA MORA**<br>**A.K.A. LOURDES ROSA MORA CREW** | Case Number: CR-02-00070<br>USM Number: 02310-093<br>**JOAQUIN C. ARRIOLA, JR., Court Appointed Atty.**<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) _____ **SEE BELOW** _____ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | POSITIVE TEST RESULTS FOR USE OF METHAMPHETAMINE | 2/21/06 |
| 2 | FAILURES TO REPORT FOR URINALYSIS | 2/16/06 |
| 3 | FAILURE TO REPORT FOR DRUG TREATMENT COUNSELING | 2/14/06 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-3869

Defendant's Date of Birth: XX-XX-1967

Defendant's Residence Address:

HARMON, GUAM

Defendant's Mailing Address:

P.O. BOX 25950

BARRIGADA, GUAM 96921

APRIL 13, 2006
Date of Imposition of Judgment

_/s/_ Signature of Judge

HON. ROGER T. BENITEZ, District Judge, Presiding
Name and Title of Judge

04/14/06
Date

**ORIGINAL**

DEFENDANT: **LOURDES ROSA MORA A.K.A. LOURDES ROSA MORA CREW**
CASE NUMBER: **CR-02-00070**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
   **SIXTEEN MONTHS, WITH NO SUPERVISED RELEASE TO FOLLOW.**

X  The court makes the following recommendations to the Bureau of Prisons:
   **DEFENDANT BE ALLOWED TO PARTICIPATE IN THE 500-HOUR DRUG TREATMENT PROGRAM.**

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____ .
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL