GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| USA,<br><br>   Plaintiff,<br><br>vs.<br><br>Lourdes Rosa Mora aka Lourdes Rosa Mora Crew,<br><br>   Defendant. | Case No. 1:02-cr-00070 |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment (For Revocation of Supervised Release):

*Judgment (For Revocation of Supervised Release) filed April 14, 2006*
*Date of Entry of Judgment (For Revocation of Supervised Release):  4/14/2006*

The original judgment (For Revocation of Supervised Release) is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page:  **www.gud.uscourts.gov**

**Date:** April 14, 2006                                                   Clerk of Court
                                                                                         **/s/ Mary L.M. Moran**