# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Lourdes Rosa Mora, etc., <br><br> Defendant. | Case No. 1:02-cr-00070 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Judgment (For Revocation of Probation or Supervised Release) and Notice of Entry, filed April 14, 2006, on the dates indicated below:

| U.S. Attorney's Office | Arriola, Cowan and Arriola | U.S. Probation Office | U.S. Marshal Service |
|---|---|---|---|
| April 17, 2006 | April 17, 2006 | April 17, 2006 (Judgment only) | April 17, 2006 (Judgment only) |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Judgment (For Revocation of Probation or Supervised Release) and Notice of Entry

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 17, 2006                                          /s/ Renee M. Martinez
                                                              Deputy Clerk